# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE BARNARD** | : | |
| | : | |
| **Plaintiff** | : | **No.**    17    0290 |
| | : | |
| **v.** | : | |
| | : | |
| **THE TRAVELERS HOME AND** | : | |
| **MARINE INSURANCE COMPANY** | : | |
| **Defendant** | : | |

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA
## CIVIL ACTION – LAW

| | | |
|---|---|---|
| **MICHELLE BARNARD** | : | |
| **1030 Cedar Ridge Drive** | : | **CASE ID NO. 161202406** |
| **Pottstown, PA 19465** | : | |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | |
| **THE TRAVELERS HOME AND** | : | |
| **MARINE** | : | |
| **INSURANCE COMPANY** | : | |
| **One Tower Square 8MS** | : | |
| **Hartford, CT 06183** | : | |
| **Defendant** | : | |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Defendant The Travelers Home and Marine Insurance Company ("Defendant") hereby files a Notice of Removal of this case from the Court of Common Pleas of Philadelphia County, Pennsylvania, where it is now pending, to the United States District Court for the Eastern District of Pennsylvania on the basis of diversity jurisdiction and in support thereof avers as follows:

1.      Plaintiff commenced this action via Complaint filed on December 21, 2016, in the Court of Common Pleas of Philadelphia County, Pennsylvania, docketed at Case ID No. 161202406.  A copy of the Complaint is attached hereto and identified as Exhibit A.

2.      The Complaint was served upon Defendant on December 29, 2016.  A copy of the December 21, 2016 correspondence to Defendant enclosing the Complaint, which was stamped "RECEIVED" by Defendant on December 29, 2016, is attached hereto and identified as Exhibit B.

3.      The caption to the Complaint states that Plaintiff resides at 1030 Cedar Ridge Drive, Pottstown, PA 19465.  *See* Ex. A.

4.      Therefore, upon information and belief, Plaintiff is a citizen of the Commonwealth of Pennsylvania.

5.      Defendant is a corporation organized and existing under the laws of the state of Connecticut, with a principle place of business located at One Tower Square, Hartford, Connecticut, 06183.

6.      Defendant Travelers is the sole defendant in this case.

7.      In her Complaint, Plaintiff purports to set forth a single count against Defendant for Declaratory Relief.  *See* Ex. A.

8.      Plaintiff seeks stacked underinsured motorist ("UIM") benefits under her Travelers Policy, Policy No. 980580316 101 1 ("Travelers Policy"), with respect to a motor vehicle accident that occurred on June 17, 2016, and specifically asks that the Court declare the following:

  a.  That Plaintiff Michelle Barnard is an insured under the 2016 policy issued by the Defendant.

2

    b.   That the Defendant has an obligation to provide Underinsured Motorist benefits to Plaintiff for the June 17, 2016 accident.

    c.   That the "Stacking Waiver" attached as "Exhibit B" did not properly inform the Plaintiff of the stacked limits and is not valid pursuant to MVFRL § 1738.

    d.   That the policy is reformed to provide Plaintiff $200,000.00 in coverage for the June 17, 2016 accident, the amount of stacked Underinsured Motorist limits.

    e.   To order such other relief as this Court deems just and proper.

*See* Ex. A.

9.      In a declaratory judgment action involving an insurance policy, the amount in controversy is determined by examining the maximum amount for which the insurer may be held liable. *Hanna v. State Farm Fire and Cas. Co.,* 2007 U.S. Dist. LEXIS 59650, *3, n.1 (E.D. Pa. 2007).

10.    Based upon the allegations set forth in Plaintiff's Complaint, the amount in controversy in this action is in excess of $75,000.00, exclusive of interest and costs, since Plaintiff is seeking a declaration from the Court that the Travelers Policy provides $200,000 in UIM coverage for the subject accident.

11.    As such, this Honorable Court has jurisdiction, pursuant to the provisions of 28 U.S.C. § 1332, based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

12.    The present lawsuit is accordingly removable from State Court to this Court pursuant to 28 U.S.C. § 1441 and § 1446.

13.     This Notice of Removal has been filed within thirty (30) days after receipt by Defendant of the Complaint, which provides notice that removal is appropriate under 28 U.S.C. § 1446(b).

14.     Written notice of the filing of this Notice of Removal has been given to Plaintiff, in accordance with 28 U.S.C. § 1446(d), as noted on the attached Certificate of Service.

15.     Promptly after filing with this Honorable Court, and the assignment of a civil action number, a copy of this Notice of Removal will be filed with the Court of Common Pleas of Philadelphia County, Pennsylvania, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this action be removed from the Court of Common Pleas of Philadelphia County, Pennsylvania to the Untied States District Court for the Eastern District of Pennsylvania.

COMMONWEALTH OF PENNSYLVANIA     :

                                      SS

COUNTY OF CUMBERLAND                 :

## <u>AFFIDAVIT</u>

**Brooks R. Foland, Esquire,** being duly sworn according to law deposes and says that the facts set forth in the foregoing Notice of Removal are true and correct to the best of his knowledge, information and belief.

_____

Brooks R. Foland, Esquire

Sworn to and subscribed
Before me this 18 day
of January 2017

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Lisa J. Wallace, Notary Public
East Pennsboro Twp., Cumberland County
My Commission Expires Jan. 10, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Respectfully submitted,

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**

Date: 1/19/2017          BY:      _____

Brooks R. Foland, Esquire
Pa. I.D. 70102
Allison L. Krupp, Esquire
Pa. I.D. 307013
100 Corporate Center Drive, Suite 201
Camp Hill, PA  17011
717-651-3714; Fax 717-651-3707
brfoland@mdwcg.com  alkrupp@mdwcg.com
*Attorney for Defendant The Travelers Home and
Marine Insurance Company*

6

## CERTIFICATE OF SERVICE

It is hereby certified that the undersigned served a true and correct copy of the foregoing, dated January 19, 2017, upon all counsel of record, by U.S. Mail and electronic filing, if applicable, on this date.

Robert P. Snyder, Esquire
Erik P. Snyder, Esquire
SNYDER LAW GROUP, P.C.
121 Ivy Lane
King of Prussia, PA 19406
*Attorneys for Plaintiff*

                                   **MARSHALL DENNEHEY WARNER**
                                       **COLEMAN & GOGGIN**

By: _____

                           Brooks R. Foland, Esquire
                           *Attorney for Defendant*

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **DECEMBER 2016** |
| E-Filing Number: 1612046914 |

**002406**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| MICHELLE BARNARD | THE TRAVELERS HOME AND MARINE INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1030 CEDAR RIDGE POTTSTOWN PA 19465 | ONE TOWER SQUARE 8MS HARTFORD CT 06183 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint   [ ] Petition Action   [ ] Notice of Appeal<br>[ ] Writ of Summons   [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[ ] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [X] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 1D - INSURANCE, DECLARATORY JUDGMNT |

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|
| |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
| | **FILED**<br>**PRO PROTHY**<br><br>DEC 21 2016<br><br>**M. BRYANT** | YES      NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>MICHELLE BARNARD</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ROBERT P. SNYDER | 121 IVY LANE KING OF PRUSSIA PA 19406 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (610)265-8050 | (610)265-6638 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 15367 | bob@robertsnyderlaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATED |
|---|---|
| ROBERT SNYDER | ...day, December 21, 2016, 03:02 pm |

**EXHIBIT A**

FIN... (...notary Clerk)

## COMMERCE PROGRAM ADDENDUM
## TO CIVIL COVER SHEET

This case is subject to the Commerce Program because it is not an arbitration matter and it falls within one or more of the following types (check all applicable):

_____ 1. Actions relating to the internal affairs or governance, dissolution or liquidation, rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of business corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises, including but not limited to any actions involving interpretation of the rights or obligations under the organic law (e.g., Pa. Business Corporation Law), articles of incorporation, by-laws or agreements governing such enterprises;

_____ 2. Disputes between or among two or more business enterprises relating to transactions, business relationships or contracts between or among the business enterprises. Examples of such transactions, relationships and contracts include:

_____      a. Uniform Commercial Code transactions;

_____      b. Purchases or sales of business or the assets of businesses;

_____      c. Sales of goods or services by or to business enterprises;

_____      d. Non-consumer bank or brokerage accounts, including loan, deposit cash management and investment accounts;

_____      e. Surety bonds;

_____      f. Purchases or sales or leases of, or security interests in, commercial, real or personal property; and

_____      g. Franchisor/franchisee relationships.

_____ 3. Actions relating to trade secret or non-compete agreements;

_____ 4. "Business torts," such as claims of unfair competition, or interference with contractual relations or prospective contractual relations;

_____ 5. Actions relating to intellectual property disputes;

_____ 6. Actions relating to securities, or relating to or arising under the Pennsylvania Securities Act;

_____ 7. Derivative actions and class actions based on claims otherwise falling within these ten types, such as shareholder class actions, but not including consumer class actions, personal injury class actions, and products liability class actions;

_____ 8. Actions relating to corporate trust affairs;

**X** 9. Declaratory judgment actions brought by insurers, and coverage dispute and bad faith claims brought by insureds, where the dispute arises from a business or commercial insurance policy, such as a Comprehensive General Liability policy;

_____ 10. Third-party indemnification claims against insurance companies where the subject insurance policy is a business or commercial policy and where the underlying dispute would otherwise be subject to the Commerce Program, not including claims where the underlying dispute is principally a personal injury claim.

SNYDER LAW GROUP, P.C.
BY:    ROBERT P. SNYDER, ESQUIRE
       ERIK P. SNYDER, ESQUIRE
ATTORNEY ID NOS. 15367, 315999
121 IVY LANE
KING OF PRUSSIA, PA 19406
(610) 265-8050   (610) 265-6638 fax
Bob@robertsnyderlaw.com; Erik@robertsnyderlaw.com

**THIS IS NOT AN ARBITRATION MATTER**



Filed and Attested by the
Office of Judicial Records
21 DEC 2016 03:02 pm
Attorney's ...

### IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA
### CIVIL DIVISION - LAW

MICHELLE BARNARD                           :
1030 Cedar Ridge Drive                     :
Pottstown, PA 19465                        :
                       Plaintiff           :
                                           :   NO.
                                           :
        v.                                 :
                                           :   TERM:
THE TRAVELERS HOME AND                     :
MARINE INSURANCE COMPANY                   :
One Tower Square 8MS                        :
Hartford, CT 06183                         :
                       Defendant           :

---

## NOTICE TO DEFEND

| NOTICE | ADVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages you must take ~~action within twenty (20) days after this complaint and notice are served~~ by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br><br>**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE GO TO OR TELEPHONE THE OFFICES SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**<br><br>PHILADELPHIA BAR ASSOCIATION<br>Lawyer Referral and Information Service<br>1101 Market Street, 11th Floor<br>Philadelphia, Pennsylvania 19107<br>(215) 238-1701 | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas ~~siguientes, usted tiene veinte (20) días de plazo al partir de la fecha de la demanda y la notificación.~~ Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensa o sus objeciones a las demandas an contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandanta y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br><br>**LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.**<br><br>ASOCIACIÓN DE LICENCIADOS DE PHILADELPHIA<br>Servicio De Referencia E Información Legal<br>1101 Market Street, 11th Floor<br>Philadelphia, Pennsylvania 19107<br>(215) 238-1701 |

SNYDER LAW GROUP, P.C.
BY:   ROBERT P. SNYDER, ESQUIRE
      ERIK P. SNYDER, ESQUIRE
ATTORNEY ID NOS. 15367, 315999
121 IVY LANE
KING OF PRUSSIA, PA 19406
(610) 265-8050  (610) 265-6638 fax
Bob@robertsnyderlaw.com; Erik@robertsnyderlaw.com

**THIS IS NOT AN ARBITRATION MATTER**

**Attorneys for Plaintiff**

---

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA
CIVIL DIVISION - LAW

MICHELLE BARNARD                 :
1030 Cedar Ridge Drive            :
Pottstown, PA 19465              :
           Plaintiff       :
                        :    NO.
     V.                  :
                        :    TERM:
THE TRAVELERS HOME AND      :
MARINE INSURANCE COMPANY   :
One Tower Square 8MS         :
Hartford, CT 06183          :
           Defendant   :

---

## COMPLAINT IN DECLARATORY JUDGMENT

AND NOW, comes the Plaintiff, Michelle Barnard, by and through her counsel, Snyder

Law Group, P.C., who respectfully sets forth the following Complaint in Declaratory Judgment

and in support thereof avers as follows:

1. Plaintiff Michelle Barnard is an adult individual who at all times relevant hereto, has

    maintained residence at the above-captioned address.

2. Defendant, the Travelers Home and Marine Insurance Company, is an insurance carrier

    licensed to conduct business in the Commonwealth of Pennsylvania, with its principal

    place of business located at the above-captioned address.

3. It is believed, and therefore averred, that Defendant, the Travelers Home and Marine Insurance Company, regularly conducts business in the County of Philadelphia, Pennsylvania, thus making venue proper.

4. At all times relevant hereto, Defendant did act, and/or failed to act, through duly authorized agents, servants, and workman, and/or employees, all of whom were, at all relevant times, acting within the scope of their business relationship with Defendant, and in furtherance of Defendant's business interest.

5. On June 17, 2016, Michelle Barnard was the operator of a 2015 Chevrolet Equinox which was traveling north on Hares Hill Road at the intersection of Ridge Road in East Pikeland Township, Chester County, Pennsylvania, when a third-party tortfeasor failed to stop at a stop sign and crashed into the driver side of Plaintiff's vehicle resulting in Plaintiff sustaining severe bodily injuries.

6. On the date in question, and for some time prior thereto, the Plaintiff was a named insured on a policy of automobile insurance issued by the Defendant, the Travelers Home and Marine Insurance Company, bearing number 9805803161011 ("2016 Policy"). (2016 Declarations Page is attached hereto and incorporated by reference as "Exhibit A". 2016 Policy is not attached hereto as the original is in the Defendant's possession.)

7. The aforementioned third-party tortfeasor was insured by Progressive Advanced Insurance Company, with liability limits of $15,000.00.

8. Plaintiff received a tender of $15,000.00 with consent to settle and waiver of subrogation by Plaintiff's personal Underinsured Motorist carrier, the Travelers Home and Marine Insurance Company.

9.  Plaintiff was an "insured" under the policy of insurance issued by the Travelers Home and Marine Insurance Company (policy number 9805803161011), Plaintiff having presented a timely claim for Underinsured Motorist Benefits (UIM) pursuant to terms and provisions of this policy.

10. Defendant tendered an offer of $100,000.00 to Plaintiff, representing that this amount was in fact the applicable policy UIM limit.

11. Plaintiff requested and received from Defendant a copy of a "Rejection of Underinsured Motorist Coverage Stacked Limits" form signed by Plaintiff and dated September 29, 2007 ("2007 Stacking Waiver" is attached hereto as "Exhibit B").

12. Plaintiff requested and received from Defendant a copy of Plaintiff's policy of insurance by the Travelers Homes and Marine Insurance Company ("2007 Policy") selection of UIM benefits in the amount of $50,000.00/$100,000 form signed by Plaintiff and dated September 29, 2007. (2007 Declarations Page is attached hereto and incorporated by reference as "Exhibit C". 2007 Policy not attached hereto as the original is in the Defendant's Possession).

13. On the date of the aforementioned motor vehicle collision, June 17, 2016, Plaintiff maintained $100,000.00/$300,000.00 of UIM coverage.

14. At some point in the time between September 29, 2007 and June 17, 2016, Plaintiff increased her UIM coverage from $50,000.00 to $100,000.00 per person.

15. Plaintiff's increase of her UIM coverage from $50,000.00 per person, which it was at the time that the Stacking Waiver was signed, to $100,000.00, the amount of coverage in place at the time of the accident, was a new purchase of coverage which required Plaintiff to sign a new rejection of stacking form.

Case ID: 161202406

16. Plaintiff is entitled to the sum of limits for each motor vehicle insured under the policy's

    stacked UIM benefits in the amount of $100,000.00, for all two (2) of her family

    vehicles, resulting in total coverage $200,000.00 UIM coverage per person.

17. Section 1738 of the MVFRL states:

> (a)  Limit for each vehicle. — When more than one vehicle is
> insured under one or more policies providing uninsured or
> underinsured motorist coverage, the stated limit for uninsured or
> underinsured coverage shall apply separately to each vehicle so
> insured. The limits of coverages available under this subchapter for
> an insured shall be the sum of the limits for each motor vehicle as
> to which the injured person is an insured.
> (b)  Waiver. — Notwithstanding the provisions of subsection (a), a
> named insured may waive coverage providing stacking of
> uninsured or underinsured coverages in which case the limits of
> coverage available under the policy for an insured shall be the
> stated limits for the motor vehicle as to which the injured person is
> an insured.
> (c)  More than one vehicle. — Each named insured purchasing
> uninsured or underinsured motorist coverage for more than one
> vehicle under a policy shall be provided the opportunity to waive
> the stacked limits of coverage and instead purchase coverage as
> described in subsection (b). The premiums for an insured who
> exercises such waiver shall be reduced to reflect the different cost
> of such coverage.
> (d)  Forms.
> (1)  The named insured shall be informed that he may exercise the
> waiver of the stacked limits of uninsured motorist coverage by
> signing the following written rejection form:
> UNINSURED COVERAGE LIMITS
>
> By signing this waiver, I am rejecting stacked limits of uninsured
> motorist coverage under the policy for myself and members of my
> household under which the limits of coverage available would be
> the sum of limits for each motor vehicle insured under the policy.
> Instead, the limits of coverage that I am purchasing shall be
> reduced to the limits stated in the policy. I knowingly and
> voluntarily reject the stacked limits of coverage. I understand that
> my premiums will be reduced if I reject this coverage.
>
> _____
>
> Signature of First Named Insured

---

Date

(2) The named insured shall be informed that he may exercise the
waiver of the stacked limits of underinsured motorist coverage by
signing the following written rejection form:
UNDERINSURED COVERAGE LIMITS

By signing this waiver, I am rejecting stacked limits of
underinsured motorist coverage under the policy for myself and
members of my household under which the limits of coverage
available would be the sum of limits for each motor vehicle
insured under the policy. Instead, the limits of coverage that I am
purchasing shall be reduced to the limits stated in the policy. I
knowingly and voluntarily reject the stacked limits of coverage. I
understand that my premiums will be reduced if I reject this
coverage.

---

Signature of First Named Insured

---

Date

(e) Signature and date. — The forms described in subsection (d)
must be signed by the first named insured and dated to be valid.
Any rejection form that does not comply with this section is void.

18. The sole issue for decision is whether the "Rejection of Underinsured Motorist Coverage

Stacked Limits" executed by Plaintiff, attached as "Exhibit B," was legally sufficient to

constitute a written waiver for purposes of compliance with 75 Pa.C.S. § 1738.

19. It is the legal position of the Plaintiff that the above-referenced Stacking Waiver

document is legally ineffective and deficient since it fails to comply with the statutory

requirements of MVFRL § 1738, 75 Pa.C.S. § 1738, that the named insured shall be

informed that she may exercise the waiver of stacked limits of Underinsured Motorist

coverage by signing the written rejection form, and that the policy should be reformed to provide UIM limits to Plaintiff in the amount of $200,000.00.

20. Defendant Berkley takes the position that the "Stacking Waiver" is legally valid and complies with MVFRL § 1738.

21. The Plaintiff therefore respectfully requests that this Honorable Court enter a declaration and declare as follows:

   a. That Plaintiff Michelle Barnard is an insured under the 2016 policy issued by the Defendant.

   b. That the Defendant has an obligation to provide Underinsured Motorist benefits to Plaintiff for the June 17, 2016 accident.

   c. That the "Stacking Waiver" attached as "Exhibit B" did not properly inform the Plaintiff of the stacked limits and is not valid pursuant to MVFRL § 1738.

   d. That the policy is reformed to provide Plaintiff $200,000.00 in coverage for the June 17, 2016 accident, the amount of stacked Underinsured Motorist limits.

   e. To order such other relief as this Court deems just and proper.

Respectfully Submitted By:

**SNYDER LAW GROUP, P.C.**

Date: 1//2//16

By: _____
ROBERT P. SNYDER, ESQ.
Attorney for Plaintiff

Date: 12/21/16

By: _____
ERIK P. SNYDER, ESQ.
Attorney for Plaintiff

Case ID: 161202406

## VERIFICATION

I verify that the statements made in the foregoing are true and correct.   I understand that false statements herein are made subject to the penalties of 18 Pa. C. S. Section 4904 relating to unsworn falsification to authorities.

DATE: 12/21/16          SIGNATURE: _____

Case ID: 161202406

# EXHIBIT A

Case ID: 161202406

O-3                    7/7/2016 1:57:58 PM  PAGE   6/020   Fax Server



# Automobile Policy Continuation Declarations

**1. Named Insured**
MICHELLE & KEITH BARNARD
1030 CEDAR RIDGE DR
POTTSTOWN PA 194656502

**Your Agency's Name and Address**
WESTWOOD INSURANCE AGENCY
C/O TRAVELERS
PO BOX 59059
KNOXVILLE TN 379509059

| | | | |
|---|---|---|---|
| **Your Policy Number** | 980580316 101 1 | **For Policy Service Call** | 1.800.842.5075 |
| **Your Account Number** | 980580316 | **For Claim Service Call** | 1.800.CLAIM33 |

**2. Premium**
**Your Total Premium for the Policy Period is $1,189.00.**
**The policy period is from May 24, 2016 to November 24, 2016.**

**3. Your Vehicles**
1. 2015 CHEVR EQUINOX LS
2. 2008 CHEVR TRAILBLAZE

**Identification Numbers**
2GNFLEEK8F6439169
1GNDT13SX82216814

**4. Coverages, Limits of Liability and Premiums**
Insurance is provided only where a premium is shown for the coverage.

*IF COLLISION COVERAGE IS PROVIDED UNDER THIS POLICY, COVERAGE EXTENDS TO VEHICLES
WHICH YOU RENT FOR 30 DAYS UNDER A RENTAL CAR COVERAGE AGREEMENT. PLEASE REMEMBER
THAT COLLISION COVERAGE DOES NOT PAY FOR LOSS OF USE. PLEASE CONTACT YOUR TRAVELERS
AGENT OR REPRESENTATIVE IF YOU HAVE QUESTIONS. IF YOU DO NOT CARRY COLLISION
INSURANCE, THIS POLICY DOES NOT PAY FOR DAMAGE TO RENTAL VEHICLES. *

|  |  | VEHICLE 1 | VEHICLE 2 |
|---|---|---|---|
|  |  | 15 CHEVR<br>EQUINOX LS | 08 CHEVR<br>TRAILBLAZE |
| A. | Bodily Injury<br>$100,000 each person............ $<br>$300,000 each accident | 106 | $ 115 |
| B. | Property Damage<br>$50,000 each accident........... $ | 117 | $ 128 |

Continued on next page

670/0M2220                                    PL-7782 Rev. 08-07  Page 1  Case ID: 161202406
                           000333/00032 F3115CHM 8621 04/25/16



**TRAVELERS**

## 4. Coverages, Limits of Liability and Premiums (continued)

|  |  | 15 CHEVR EQUINOX LS | 08 CHEVR TRAILBLAZE |
|---|---|---|---|
| D7. | Uninsured Motorists (Bodily Injury) Non-Stacked $100,000 each person.............. $300,000 each accident See Endorsement A37045 | $      9 | $      9 |
| D9. | Underinsured Motorists (Bodily Injury) Non-Stacked $100,000 each person.............. $300,000 each accident See Endorsement A37045 | $     35 | $     35 |
| E. | Collision Actual Cash Value less........... $500 deductible | $    205 | · |
|  | Actual Cash Value less........... $250 deductible | · | $   189 |
| F. | Comprehensive (Other than Collision) Actual Cash Value less........... $500 deductible | $     81 | · |
|  | Actual Cash Value less........... $250 deductible | · | $     92 |
| QA. | First Party Benefits Coverage Limited Tort Option.............. See Endorsement A37021 | $     35 | $     33 |
|  | Subtotals for your vehicles............. | $    588 | $    601 |

Total Premium for This Policy

Continued on next page

PL-7782 Rev. 08-97 Page 2 of 5

Case ID: 161202406

O-3          7/7/2016 1:57:58 PM   PAGE   8/020   Fax Server


**TRAVELERS**

```
Named Insured    MICHELLE & KEITH BARNARD
Policy Number    980580316 101 1
Policy Period    May 24, 2016 to November 24, 2016.
Issued On Date   April 25, 2016
```

5. Information Used to Rate Your Policy

Discounts and Advantages

Safe Driver Advantage

Accident Forgiveness

Home Ownership Discount

Multiple Cars on Policy

New Car Discount                    15 CHEVR
                                    EQUINOX LS

Anti-Theft Discount                 15 CHEVR      08 CHEVR
                                    EQUINOX LS    TRAILBLAZE

Passive Restraint Discount          15 CHEVR      08 CHEVR
                                    EQUINOX LS    TRAILBLAZE

| Drivers | DATE OF BIRTH | SEX | MARITAL STATUS |
|---|---|---|---|
| 1.  MICHELLE | 06-20-75 | Female | Married |
| 2.  KEITH | 11-03-69 | Male | Married |

| Vehicles | USE OF VEHICLE | LOCATION OF VEHICLE |
|---|---|---|
| 1.  15 CHEVR EQUINOX LS | Commute | POTTSTOWN PA |
| 2.  08 CHEVR TRAILBLAZE | Commute | POTTSTOWN PA |

Good news! Your policy qualifies for Accident Forgiveness. Accident Forgiveness helps
keep your rates from going up just because of an accident. It's our way of thanking
you for your loyalty and keeping a clean driving record.

It is important that the above information is correct to ensure that your policy is
properly rated. If there are errors or changes to this information, please notify
your Travelers representative immediately.

Continued on next page

Case ID: 161202406



**TRAVELERS**

## 6. Other Information

**Loss Payees**

15 CHEVR EQUINOX LS          GM FINANCIAL
VIN # 2GNFLEEK8F6439169      PO BOX 398045
                            MINNEAPOLIS, MN 55439

**Additional Insured**
Additional Insured - See Endorsement A00011

15 CHEVR EQUINOX LS          GM FINANCIAL
VIN # 2GNFLEEK8F6439169      PO BOX 398045
                            MINNEAPOLIS MN 55439

**Your Insurer**
The Travelers Home and Marine Insurance Company
One Tower Square, Hartford, CT 06183

**Policy Endorsements**

A37014 Amendment of Policy Provisions - Pennsylvania
A37021 First Party Benefits Coverage - Pennsylvania
A37045 Uninsured/Underinsured Motorists Endorsement - Pennsylvania
A00011 Additional Insured

Policy Edition    8         Policy Form   101        Issued on    04/25/16

Thank you for insuring with Travelers. We appreciate your business. If you
have any questions about your insurance, please contact your Travelers
representative.

## FOR YOUR INFORMATION

For information about how Travelers compensates independent agents and
brokers, please visit www.Travelers.com or call our toll free telephone
number 1-866-904-8348. You may also request a written copy from Marketing
at One Tower Square, 2GSA, Hartford, Connecticut 06183.

Continued on next page



**TRAVELERS**

| | |
|---|---|
| Named Insured | MICHELLE & KEITH BARNARD |
| Policy Number | 980580316 101 1 |
| Policy Period | May 24, 2016 to November 24, 2016. |
| Issued On Date | April 25, 2016 |

## FOR YOUR INFORMATION (continued)

You may be eligible for a policy in a newer product from another of our Travelers
companies. How we determine the price for a policy is done differently for the
newer product. For example, we may use new criteria or use the existing criteria,
such as car and driver information, in a different manner. A new product policy
might cost you less or more than what you now pay. The newer product and your
current products may also have different policy language, features or coverage
options. On the newer product, we may pay agents different compensation than on
your current policy; for information visit www.travelers.com/about-us/spotlight/
docs/pi_auto_disclosure.pdf. You may continue with your current policy, or you
may request a policy in the new program. Contact your agent or Travelers
representative to discuss whether a different Travelers auto insurance policy is
right for you.

It is important that the information we used to rate your policy is correct. It is
your responsibility to make sure that the information on these Declarations is accurate
and complete, including checking that you are receiving all the discounts for which you
are eligible. To see a full list of discounts offered, including discounts for having
multiple policies with us or being a good driver, go to www.travelers.com/discounts. Once
at the website, type in your policy number 9805803161011 and product code AQ1 to view the
discounts available. If any of the information on the Declarations has changed, appears
incorrect, or is missing, please advise your Travelers agent or representative
immediately. Your Travelers agent or representative is also available to review the
information on the Declarations with you.

**YOU MAY PURCHASE UNINSURED AND/OR UNDERINSURED MOTORISTS COVERAGE
AT ANY AVAILABLE LIMITS FROM $15,000/$30,000 UP TO YOUR BODILY
INJURY LIABILITY LIMITS. YOU MAY REJECT THESE COVERAGES ENTIRELY.**

# EXHIBIT B

Case ID: 161202406



**9805803161011**

Note: This form only needs to be completed and returned
if you wish to reject the stacking option for
underinsured motorists coverage.

# Pennsylvania
# Rejection of Underinsured Motorists Coverage
## Stacked Limits

For: Michelle Barnard                    State/Zip: PA 19465

If you have chosen underinsured motorists coverage, your next option is to determine if you wish to stack the limits of this coverage. With "stacking", the limit of liability is determined by adding the underinsured coverage limits for each motor vehicle which covers the injured person as an insured. If you reject "stacking", the total limit of coverage will be the stated limits for the motor vehicle as to which the injured person is insured. You will save on this part of your premium if you reject "stacking". "Stacking" can only be used if you have more than one motor vehicle. Please contact Travelers or your insurance representative for a premium comparison by using the telephone number shown below.

To reject stacked limits of underinsured motorists coverage, the insured named first on the application or the declarations must sign and date the rejection of stacked underinsured coverage limits below. If you want to stack this coverage, do not sign this waiver and go to the next page.

### Rejection of Stacked Underinsured Coverage Limits

By signing this waiver, I am rejecting stacked limits of underinsured motorists coverage under the policy for myself and members of my household under which the limits of coverage available would be the sum of limits for each motor vehicle insured under the policy. Instead, the limits of coverage that I am purchasing shall be reduced to the limits stated in the policy. I knowingly and voluntarily reject the stacked limits of coverage. I understand that my premiums will be reduced if I reject this coverage.

| Signature Line | Michelle Barnard | 9/29/07 |
| --- | --- | --- |
| | Signature of First Named Insured | Date |

# Questions? Call our Direct Hotline at

QCC031H 9-99

Case ID: 161202406

# EXHIBIT C

Case ID: 161202406

# ≋ TRAVELERS

## AUTOMOBILE POLICY CONTINUATION DECLARATIONS

**1. Named Insured**

MICHELLE BARNARD
26 N SAVANNA DR
POTTSTOWN PA 194656602

**Your Agency's Name and Address**

ZC STERLING INSURANCE AGENCY
INC
2513 SOUTHWEST AVENUE
HARLAN, IA 51537

Your Policy Number : 980580316 101 1
Your Account Number: 980580316

For Policy Service Call  1-800-842-5075
For Claim Service Call  1-800-CLAIM33

**2. Your Total Premium for the Policy Period is $684.00.**
The policy period is from May 24, 2007 to November 24, 2007.

**3. Your Vehicles**

**Identification Numbers**

| | | |
|---|---|---|
| 1 | 2005 CHEVR TRAILBLAZE | 1GNDT13B652242435 |
| 2 | 2006 CHEVR HHR LT | 3GNDA23D56S578239 |

**4. Coverages, Limits of Liability and Premiums**

Insurance is provided only where a premium is shown for the coverage.

*IF COLLISION COVERAGE IS PROVIDED UNDER THIS POLICY, COVERAGE EXTENDS
TO VEHICLES WHICH YOU RENT FOR 30 DAYS UNDER A RENTAL CAR COVERAGE
AGREEMENT. PLEASE REMEMBER THAT COLLISION COVERAGE DOES NOT PAY FOR
LOSS OF USE. PLEASE CONTACT YOUR TRAVELERS AGENT OR REPRESENTATIVE IF
YOU HAVE QUESTIONS. IF YOU DO NOT CARRY COLLISION INSURANCE, THIS POLICY
DOES NOT PAY FOR DAMAGE TO RENTAL VEHICLES.*

| | | 1 | 2 |
|---|---|---|---|
| | | 05 CHEVR<br>TRAILBLAZE | 06 CHEVR<br>HHR LT |
| A | - Bodily Injury<br>$50,000 each person<br>$100,000 each accident | $    53 | $    53 |
| B | - Property Damage<br>$25,000 each accident | 76 | 76 |
| D7 | - Uninsured Motorists<br>(Bodily Injury) Non-Stacked<br>$50,000 each person<br>$100,000 each accident<br>See Endorsement A37043 | 9 | 9 |
| D9 | - Underinsured Motorists<br>(Bodily Injury) Non-Stacked<br>$50,000 each person<br>$100,000 each accident<br>See Endorsement A37043 | 18 | 18 |

Continued on next page

PL-7782 5-94   670/0M2220

003733/00112 F3194A70 6339 04/26/07

Page ID: 161202406

## 4. Coverages, Limits of Liability and Premiums (continued)

|  |  | 05 CHEVR TRAILBLAZE | 06 CHEVR HHR LT |
|---|---|---|---|
| E | – Collision<br>Actual Cash Value less<br>$250 deductible | 137 | 120 |
| F | – Comprehensive<br>(Other than Collision)<br>Actual Cash Value less<br>$250 deductible | 37 | 32 |
| QA | – First Party Benefits Coverage<br>Limited Tort Option<br>See Endorsement A37021 | 23 | 23 |
|  | Subtotals for your vehicles: | $353 | $331 |

Total Premium for This Policy:   $684

## 5. Information Used to Rate Your Policy

| Anti Theft Device | 05 CHEVR TRAILBLAZE | 06 CHEVR HHR LT |
|---|---|---|

| Drivers | Date of Birth | Sex | Marital Status |
|---|---|---|---|
| MICHELLE | 06-20-75 | Female | Married |
| KEITH | 11-03-69 | Male | Married |

| Vehicles | Use of Vehicle | Location of Vehicle |
|---|---|---|
| 05 CHEVR TRAILBLAZE | Commute | POTTSTOWN PA |
| 06 CHEVR HHR LT | Commute | POTTSTOWN PA |

It is important that the above information is correct to ensure that your policy is properly rated. If there are errors or changes to this information, please notify your Travelers representative immediately.

## 6. Other Information

Your Insurer    The Travelers Home and Marine Insurance Company
6081 East 82nd St, Indianapolis, Indiana 46250
One Tower Square, Hartford, CT 06183

Continued on next page

PL-7782 5-94    870/0M2220

Page ID: 161202406



**Named Insured:** MICHELLE BARNARD
**Policy Number:** 980580316 101 1
**Policy Period:** May 24, 2007 to November 24, 2007.
**Issued On:** April 26, 2007

### 6. Other Information (continued)

**Policy Endorsements**

A37013 Amendment of Policy Provisions - Pennsylvania
A37021 First Party Benefits Coverage - Pennsylvania
A37043 Uninsured/Underinsured Motorists Endorsement - Pennsylvania

**Policy Edition  8          Policy Form  101          Issued on  04/26/07**

Thank you for insuring with Travelers. We appreciate your business. If you
have any questions about your insurance, please contact your Travelers
representative.

### FOR YOUR INFORMATION

Children & air bags. . . it's as easy as 1 - 2 - 3
1. Never put a child seat (those used with infants) in the front seat
   of a car with air bags.
2. Make sure all children are buckled up no matter where they sit.
   Unbuckled children can be hurt or killed by an air bag.
3. The rear seat (those with seat belts) is the safest place for children
   of any age to ride.

For information about how Travelers compensates independent agents and
brokers, please visit www.Travelers.com or call our toll free telephone
number 1-866-904-8348. You may also request a written copy from Marketing
at One Tower Square, 2GSA, Hartford, Connecticut 06183.

You may purchase Uninsured and/or Underinsured Motorists Coverage at any
available limits from $15,000/$30,000 up to your Bodily Injury Liability limits.
You may reject these coverages entirely.



# SLG

**SNYDER LAW GROUP, P.C.**

Robert P. Snyder, Esq.*

Erik P. Snyder, Esq.*

Eric E. Shore, DO, JD, MBA.†

*Also admitted in New Jersey*
† *Of Counsel*

December 21, 2016

*SENT VIA CERTIFIED MAIL,*
*RETURN RECEIPT REQUESTED*

The Travelers Home and Marine Insurance Company
One Tower Square 8MS
Hartford, CT 06183

> **RE:   Michelle Barnard v. the Travelers Home and Marine Insurance Company**
> **Philadelphia Court of Common Pleas December 2016 Term; No. 002406**
> **Your Claim No.: H1B2686**

Dear Sir/Madam:

Enclosed please find a Complaint in Declaratory Judgment which has been electronically filed with the Philadelphia Court of Common Pleas in the above-referenced matter.

Thank you.

Very truly yours,

ERIK P. SNYDER

EPS/aeo
Encl.

**CORPORATE LITIGATION**
**HARTFORD**

**DEC 2 9 2016**

**RECEIVED PM**

**EXHIBIT**
**B**

121 Ivy Lane   ♦   King of Prussia, PA 19406   ♦   ph 610-265-8050   ♦   fax 610-265-6638   ♦   www.snyderinjurylaw.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE BARNARD** | : | |
| | : | |
| **Plaintiff** | : | **No.** |
| | : | |
| **v.** | : | |
| | : | |
| **THE TRAVELERS HOME AND** | : | |
| **MARINE INSURANCE COMPANY** | : | |
| **Defendant** | : | |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐      The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

X      The nongovernmental corporate party, The Travelers Home and Marine Insurance Company, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

The Travelers Home and Marine Insurance Company is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by the Travelers Companies, Inc.   The Travelers Companies, Inc. is the only publicly held company of those previously listed entities.   No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.   The undersigned parties, through their counsel, understand that under Rule 7.1 of the Federal Rules of Civil Procedure, they must promptly file a supplemental statement upon any change in the information that this statement requires.

1/19/17
Date

_____
Signature

Counsel for:   Defendant

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

(1)     file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

(2)     promptly file a supplemental statement upon any change in the information that the statement requires.

## CERTIFICATE OF SERVICE

It is hereby certified that the undersigned served a true and correct copy of the foregoing, dated January 19, 2017, upon all counsel of record, by U.S. Mail and electronic filing, if applicable, on this date.


Robert P. Snyder, Esquire
Erik P. Snyder, Esquire
SNYDER LAW GROUP, P.C.
121 Ivy Lane
King of Prussia, PA 19406
*Attorneys for Plaintiff*

                              **MARSHALL DENNEHEY WARNER**
                                    **COLEMAN & GOGGIN**

                    By:  _____
                              Brooks R. Foland, Esquire
                              *Attorney for Defendant*