**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHELLE BARNARD,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 17-00290** |
| | : | |
| **THE TRAVELERS HOME AND MARINE** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendant.** | : | |

## ORDER

This 5th day of February, 2018, upon consideration of Plaintiff Michelle Barnard's

Motion for Summary Judgment, ECF No. 11, and Defendant Travelers Home and Marine

Insurance Company's Motion for Summary Judgment, ECF No. 10, it is hereby **ORDERED** that

Plaintiff's motion is **GRANTED** and Defendant's motion is **DENIED**. In accordance with

Pennsylvania law, Defendant's Automobile Policy No. 980580316-101-1 is hereby declared to

provide stacked uninsured/underinsured motorist coverage. Defendant is therefore **ORDERED**

to provide $200,000 in underinsured motorist coverage to Plaintiff Michelle Barnard in

connection with injuries sustained in the June 17, 2016 motor vehicle accident.


      /s/ Gerald Austin McHugh
United States District Judge